# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**VICTOR BEAM**

vs.                                    **CASE NUMBER: 1:09-CV-628 (NAM/DEP)**

**COMMISSIONER OF SOCIAL SECURITY**

**Decision by Court.**   This action came to hearing before the Court.
The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Report and Recommendation of Magistrate Judge David E. Peebles is adopted in it's entirety, this action is dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, based upon the plaintiff's failure to prosecute and to comply with this Court's Order and Local Rules of Practice.

All of the above pursuant to the order of the Honorable Chief Judge Norman A, Mordue, dated the 5th day of October, 2009.

DATED: October 5, 2009

*[signature]*
Clerk of Court

s/
_____
Joanne Bleskoski
Deputy Clerk